FILED

07/30/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## No. DA 21-0170

IN THE MATTER OF:

R.J.H. AND K.H.

Youths in Need of Care.

## ORDER

Upon consideration of Counsel's motion to withdraw as counsel of record for Mother-Appellant and good cause appearing;

IT IS HEREBY ORDERED that the Mother-Appellant in this matter shall file a response to this Motion within thirty (30) days of the date of this Order. This response must be served upon all counsel of record, including the Attorney General, the County Attorney, and Appellate Counsel's Office.

IT IS FURTHER ORDERED that the Clerk of this Court give notive of this Order by mail to all counsel of record and to Mother-Appellant at her last known address.

ORDER - 1

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 30 2021